IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA



ANTHONY W. SCHAFER and
DIANE SCHAFER,

       Plaintiffs,

v.                                                      CIVIL ACTION NO. 5:07-CV-16
                                                      JUDGE FREDERICK P. STAMP, JR.

OLD DOMINION FREIGHT LINE, INC.,
a North Carolina Corporation,

       Defendant and Third-Party Plaintiff,

v.

NONA KUGLER and AREA WIDE PROTECTIVE
and MOTORWERKS, INC.,

       Third-Party Defendants.

## DISMISSAL ORDER

Upon the joint motion of the third-party plaintiff, Old Dominion Freight Line, Inc., and third-party defendant, AWP, Inc., d/b/a Area Wide Protective, made pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the third-party plaintiff's Complaint against said third-party defendant is hereby **ORDERED** dismissed without prejudice and without costs.

The Clerk is directed to transmit copies of this Order to counsel of record herein.

DATED: 7/2, 2007

                                                    Frederick P. Stamp, Jr.,
                                                    United States District Judge