IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ANTHONY W. SCHAFER and DIANE SCHAFER,

    Plaintiffs,

v.                                      Civil Action No. 5:07CV16
                                                    (STAMP)
OLD DOMINION FREIGHT LINE, INC.
a North Carolina corporation,

    Defendant and
    Third-Party Plaintiff,

v.

NORA KUGLER and MOTORWERKS, INC.

    Third-Party Defendants.

**<u>ORDER GRANTING MOTION FOR PERMISSION TO WITHDRAW AS COUNSEL</u>**

On November 28, 2007, plaintiffs' counsel, Rodney T. Berry, of Berry, Kessler, Crutchfield, Taylor & Gordon, filed a motion to withdraw as counsel in this matter. In his motion, counsel states that he and the plaintiffs have a material disagreement as to how their case should proceed. The defendant has not responded to this motion. Accordingly, for good cause shown, plaintiffs' counsel's motion for permission to withdraw as counsel is GRANTED.

It is ORDERED that counsel may withdraw his appearance on behalf of the plaintiffs. The plaintiffs shall notify this Court of the retention of new counsel within 60 days of the date of the entry of this order, and counsel shall note his or her appearance at that time. Unless and until the plaintiffs notify this Court that they have retained new counsel, the plaintiffs will be

considered to be proceeding in this action pro se.[1]  Parties appearing pro se are required to file with the Clerk their complete names and address where the pleadings, notices and other papers may be served upon them.  L. R. Gen. P. 83.03.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein, including withdrawing counsel.

DATED:    December 17, 2007

                                        /s/ Frederick P. Stamp, Jr.
                                        FREDERICK P. STAMP, JR.
                                        UNITED STATES DISTRICT JUDGE

---

[1] "Pro se" describes a person who represents himself in a court proceeding without the assistance of a lawyer. Black's Law Dictionary 1237 (7th ed. 1999).

2